**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6860**

JAMES ALVIN BOULWARE,

Plaintiff - Appellant,

versus

GEORGE V. LAUGHRUN, II, Private Attorney; ZORO
J. GUICE, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-02-171-MU)

Submitted: July 18, 2002          Decided: July 25, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Alvin Boulware, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Alvin Boulware appeals the district court's order denying relief on his complaint brought under 42 U.S.C.A. § 1983 (West Supp. 2002) and 42 U.S.C. § 1985(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Boulware v. Laughrun, No. CA-02-171-MU (W.D.N.C. filed May 15, 2002; entered Mary 16, 2002). We deny Boulware's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2